[No. 33003-9-I.   Division One.   August 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH M. HEIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02653-2, John M. Darrah, J., entered June 21, 1993. *Remanded with instructions* by unpublished per curiam opinion.

[No. 33036-5-I.   Division One.   August 8, 1994.]

DIAMOND PARKING, INC., *Respondent*, v. CINEPLEX ODEON CORPORATION, *Defendant*, PLITT THEATRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-08019-4, Donald D. Haley, J., entered December 15, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Becker, JJ.

[No. 30251-5-I.   Division One.   August 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD L. ROTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04126-8, Sharon S. Armstrong, J., entered February 10, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Agid, JJ.

[No. 32346-6-I.   Division One.   August 8, 1994.]

ANNETTE BRENT, ET AL, *Appellants*, v. IRWIN SEATING Co., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-16423-1, Jack A. Richey, J. Pro Tem., entered January 28, 1993. *Affirmed* by unpublished per curiam opinion.